# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELICA MARTINEZ and FERNANDO YBARRA,

    Plaintiffs,

v.

COUNTY OF KERN, KERN COUNTY DEPARTMENT OF HUMAN SERVICES, KERN COUNTY DEPARTMENT OF CHILD PROTECTIVE SERVICES, HELEN JENKINS, JENEE MORRIS, MOSS BEACH HOMES, INC., MBH, INC., ASPIRA FOSTER AND FAMILY SERVICES, SHIRLEY FRANCISCO, and Does 1 to 100, inclusive,

    Defendants.

Case No. 1:06-cv-01827 AWI TAG

**ORDER CONTINUING SCHEDULING CONFERENCE**

New Scheduling Conference
Date: 04/17/07

    On February 16, 2007, counsel for Plaintiffs, counsel for Defendants County of Kern, Kern County Department of Human Services, Kern County Child Protective Services, Helen Jenkins, and Jenee Morris, and counsel for Defendants Moss Beach Homes, MBH, Inc., and Aspira Foster & Family Services filed a Stipulation and (Proposed) Order Continuing the Mandatory Scheduling Conference from March 14, 2007 to June 27, 2007. The parties requested a continuance "because the case is not yet at issue and one or more of the defendants may be filing a dispositive motion." (Doc. 27, 2: 2-3).

    The Court has considered the Stipulation and reviewed the docket in this action. The docket reflects that the first service on a defendant was made on January 24, 2007 (Docs. 17-19) and that the first appearance by a defendant occurred on January 30, 2007 (Doc. 9). The docket also reflects that as of February 13, 2007, all named defendants had been served with a Summons and First Amended Complaint, that five defendants had filed an Answer, that three defendants had stipulated

1

to extend their time to file a response to March 16, 2007, and that the last-served defendant's answer is due no later than February 23, 2007. (Docs. 9, 17-26).

On December 15, 2006, an Order Setting Mandatory Scheduling Conference was issued, setting a Scheduling Conference for March 14, 2007. (Doc. 6). The Order also referenced the requirement to meet and confer no later than 21 days before the Scheduling Conference. Fed. R.Civ.P. 26(f). Federal Rule of Civil Procedure 16(b) requires that a Scheduling Order issue within 90 days after the appearance of a defendant and within 120 days after the complaint has been served on a defendant. 90 days from January 30, 2007 is April 30, 2007. 120 days from January 24, 2007 is May 24, 2007.

Based on the forgoing, the Court finds that the parties have failed to show good cause to continue the Scheduling Conference from March 14 to June 27, 2007. The Court does, however, find that good cause exists to continue the Scheduling Conference to April 17, 2007. Such a continuance will provide all parties sufficient opportunity to satisfy the meet and confer requirements of Fed. R.Civ.P. 26(f) and to cause a Joint Scheduling Report to be filed with the Court no later than one full week prior to the Scheduling Conference.

**ORDERS**

Accordingly, the Court makes the following orders;

1. The request to continue the Scheduling Conference to June 27, 2007 is DENIED;

2. The Scheduling Conference is continued to April 17, 2007 at 10:30 a.m. in the chambers of United States Magistrate Judge Theresa A. Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield, California 93309.

3. No later than one full week prior to the Scheduling Conference, the parties must file a Joint Scheduling Report in accordance with Fed.R.Civ.P. 26(f) and Local Rule 16-240.

IT IS SO ORDERED.

Dated:  **February 16, 2007**               **/s/ Theresa A. Goldner**
**j6eb3d**                          UNITED STATES MAGISTRATE JUDGE