**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELICA MARTINEZ and FERNANDO YBARRA, | CASE NO. CV F 06-1827 LJO TAG |
| Plaintiff, | **ORDER TO DISMISS AND TERMINATE PLAINTIFF** |
| vs. | |
| COUNTY OF KERN, KERN COUNTY DEPARTMENT OF HUMAN SERVICES, KERN COUNTY DEPARTMENT OF CHILD PROTECTIVE SERVICES, HELEN JENKINS, JENEE MORRIS, MOSS BEACH HOMES, INC., MBH, INC., ASPIRA FOSTER & FAMILY SERVICES, and SHIRLEY FRANSCISCO, | |
| Defendants. | |
| _____/ | |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

   1.   DISMISSES Plaintiff Fernando Ybarra from with action with prejudice; and

   2.   DIRECTS the clerk to terminate Fernando Ybarra as a plaintiff in this action.

IT IS SO ORDERED.

Dated:   __October 10, 2008__                     __/s/ Lawrence J. O'Neill__
                                                             UNITED STATES DISTRICT JUDGE

1