DANIEL RODRIGUEZ, ESQ., SBN 096625
MARSHALL S. FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff ANGELICA MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA MARTINEZ and FERNANDO YBARRA,<br><br>            Plaintiffs,<br><br>      vs.<br><br>COUNTY OF KERN, KERN COUNTY DEPARTMENT OF HUMAN SERVICES, KERN COUNTY DEPARTMENT OF CHILD PROTECTIVE SERVICES, HELEN JENKINS, JENEE MORRIS, MOSS BEACH HOMES, INC., MBH, INC., ASPIRA FOSTER & FAMILY SERVICES, SHIRLEY FRANCISCO, and Does 1 to 100, inclusive,<br><br>            Defendants. | Case No. **1:06-CV-01827-LJO-TAG**<br><br>**ORDER REGARDING STIPULATION RE: DISMISSAL OF COMPLAINT IN ITS ENTIRETY** |

///
///

# **ORDER**

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and in accordance with the stipulation, the Complaint, in its entirety, is hereby dismissed with prejudice.

This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **November 19, 2008**          **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE